AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jermaine Tyrone Fuller <br> *Plaintiff* <br> v. <br> Bruce M. Bryant, Christopher DiOrio, Josiah Howze, James F. Arwood, Andrzej E. Kalinski and Tammy Dover <br> *Defendant* | Civil Action No.    4:12-cv-2755-RBH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Summary Judgment is entered as to Defendants James Arwood and Tammy Dover. Defendants, Bruce M. Bryant, Christopher DiOrio, and Josiah Howze are dismissed without prejudice. Defendant Andrzej E. Kalinski is dismissed without prejudice, on the basis of the plaintiff's failure to exhaust administrative remedies, and this case is dismissed in its entirety.

This action was (check one):

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, who adopted the Report and Recommendation of the Honorable Joseph R. McCrorey, United States Magistrate Judge, dismissing claims against Defendants Bruce M. Bryant, Christopher DiOrio, Josiah Howze; who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, granting Summary Judgment as to Defendants James F. Arwood and Tammy Dover; and by Order of Dismissal dismissing Defendant Andrzej E. Kalinski without prejudice.

Date:   April 10, 2015

*CLERK OF COURT*

s/Debbie Stokes

_____
*Signature of Clerk or Deputy Clerk*